# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JONATHAN GREENE**                                                     **PLAINTIFF**
**ADC #133850**

**v.**                            **Case No. 3:20-cv-00082-KGB-PSH**

**MERIDITH, Officer,**
**Craighead County Detention Center**                                       **DEFENDANT**

## ORDER

Before the Court are Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 4). Plaintiff Jonathan Greene has not filed a response, and the time to do so has passed. Accordingly, after careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 4). The Court dismisses without prejudice Mr. Greene's claims for failure to state a claim upon which relief may be granted (Dkt. No. 2). Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

So ordered this the 20th day of January, 2021.

_____
Kristine G. Baker
United States District Judge