### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**JONATHAN GREENE**                                                                 **PLAINTIFF**
**ADC #133850**

**v.**                                    **Case No. 3:20-cv-00082-KGB-PSH**

**MERIDITH, Officer,**
**Craighead County Detention Center**                                        **DEFENDANT**

### <u>JUDGMENT</u>

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff

Jonathan Greene's complaint is dismissed without prejudice.  The relief requested is denied.

So adjudged this the 20th day of January, 2021.

_____
Kristine G. Baker
United States District Judge