IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JONATHAN GREENE**  **PLAINTIFF**
ADC #133850

v.   Case No. 3:20-cv-00082-KGB-PSH

**MERIDITH, Officer,**
Craighead County Detention Center   **DEFENDANT**

## ORDER

Before the Court is plaintiff Jonathan Greene's motion for copies (Dkt. No. 10). Mr. Greene states that he was sent to prison at the end of 2020 and did not receive copies of any documents (*Id.*). Mr. Greene requests a copy of a 42 U.S.C. § 1983 claim form along with a copy of all correspondence for this case (*Id.*). Mr. Greene's motion for copies is granted (*Id.*). The Clerk of the Court is directed to send Mr. Greene a 42 U.S.C. § 1983 form for prisoners filing a complaint, a copy of the docket sheet for this case, and copies of docket entries 3, 4, 6, 7, and 8.

So ordered this 14th day of July, 2025.

Kristine G. Baker
Chief United States District Judge